IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYON FINANCIAL SERVICES, INC., ETC., <br> Plaintiff, <br> v. <br> RINKU DUTT, ETC., ET AL., <br> Defendants, <br> v. <br> BANNER PHYSICIANS CAPITAL, ET AL., <br> Third party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 08-1680 |

## ORDER OF COURT

AND NOW, this 27th day of May, 2009, the court having been advised that third party defendant Alex Punjari has filed for bankruptcy in the United States Bankruptcy Court for the Western District of Kentucky at Case No. 08-41660 and that no further action can be taken against this party at this time, pursuant to 11 U.S.C. §362, IT IS HEREBY ORDERED that the Clerk of Court mark the above captioned case closed as to third party defendant Punjari <u>only</u>.

Nothing contained in this order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc: All counsel of record