```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LYON FINANCIAL SERVICES, INC.,   )
ETC.,                            )
     Plaintiff,                  )
                                 )
          v.                     )
                                 )
RINKU DUTT, ETC., ET AL.,        )
     Defendants,                 )   Civil Action No. 08-1680
                                 )
          v.                     )
                                 )
BANNER PHYSICIANS CAPITAL,       )
ET AL.,                          )
     Third party                 )
     Defendants.                 )
```

<u>ORDER OF COURT</u>

AND NOW, this 4th day of ~~December~~ Jan, 20~~09~~ 10, the court having been advised that defendant and third party plaintiff Rinku Dutt has filed for bankruptcy in the United States Bankruptcy Court for the Western District of Pennsylvania at Case No. 09-29477 and that no further action can be taken against this party at this time, pursuant to 11 U.S.C. §362, IT IS HEREBY ORDERED that the Clerk of Court mark the above captioned case closed as to defendant and third party plaintiff Dutt, as well as third party defendant Banner Physicians Capital.

Nothing contained in this order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: All counsel of record