IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| LYON FINANCIAL SERVICES, INC.<br>d/b/a US BANCORP MANIFEST<br>FUNDING SERVICES,<br><br>  Plaintiff,<br><br>v.<br><br>RINKU M. DUTT,<br><br>  Defendant. | Case No. 08-CV-01680<br><br>Judge Gary L. Lancaster |

**ORDER**

AND NOW, this __2th__ day of __Jan__, 2011, upon consideration of LYON FINANCIAL SERVICES, INC.'s Motion to Reinstate and for Leave to File Amended Complaint,

IT IS HEREBY ORDERED:

1. The above captioned case is hereby reinstated against Defendant RINKU M. DUTT; and

2. LYON FINANCIAL SERVICES, INC. is hereby granted leave to file its Amended Complaint.

_____
Chief Judge Gary L. Lancaster