IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYON FINANCIAL SERVICES, INC., ETC., <br>     Plaintiff/Counterclaim <br>         Defendant, <br><br> v. <br><br> RINKU M. DUTT, <br>     Defendant/Counterclaim <br>         Plaintiff. | Civil Action No. 08-1680 |

## ORDER OF COURT

AND NOW, this 12th day of May, 2011, the Court has been advised that defendant/counterclaim plaintiff Rinku M. Dutt currently has a re-opened bankruptcy proceeding pending in the United States Bankruptcy Court for the Western District of Pennsylvania at Case No. 09-29477. Pursuant to the automatic stay provision of 11 U.S.C. §362, no further action can be taken against this party at this time. Therefore, IT IS HEREBY ORDERED that the Clerk of Court shall mark the above captioned case administratively closed.

Nothing contained in this order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

/s/ Gary L. Lancaster

The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: All counsel of record